8/5/2026 10:26 AM
26CV41393

IN THE CIRCUIT COURT FOR THE STATE OF OREGON

COUNTY OF CLATSOP

| | |
|---|---|
| MARY HADREAS,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation,<br><br>Defendant | Case No. 26CV41393<br><br>PLAINTIFF'S COMPLAINT<br><br>(Negligence, Personal Injury)<br><br>Damages: $276,841.65<br><br>ORS Fee Statute: ORS 21.160(1)(c)<br><br>(Not Subject to Mandatory Arbitration)<br><br>JURY TRIAL REQUESTED |

Plaintiff alleges the following:

**FIRST CLAIM FOR RELIEF**

1.

At all material times, Defendant Costco Wholesale Corporation (hereinafter "Costco") was a Washington corporation that owned and maintained a wholesale warehouse open to its members at 1804 SE Ensign Lane in Warrenton, Clatsop County, Oregon.



DI BARTOLOMEO LAW OFFICE, P.C.
1139 EXCHANGE STREET
ASTORIA, OR 97103
TELEPHONE: 503-325-8600
FACSIMILE: 503-325-1103

2.

On or about July 27, 2025 Plaintiff was a business invitee lawfully present at the Warrenton Costo warehouse, engaged in shopping activities within the store

3.

While walking through Defendant's warehouse, Plaintiff stepped onto a wet foreign substance present on the warehouse floor with her left foot, causing her left foot to twist, and then came out from underneath Plaintiff. The left side of Plaintiff's body struck the floor, personal injuries alleged herein.

4.

The foreign liquid substance on the floor created an unreasonable risk of harm to invitees, including the Plaintiff.

5.

Defendant was negligent in one or more of the following particulars:

i. In failing to discover the substance's existence when the Defendant, in exercise of reasonable care, should have discovered the foreign substance's existence;

ii. In failing to remove or clean up the foreign substance on the floor;

iii. In failing to warn Plaintiff or other invitees of the presence of the foreign substance;

iv. In failing to barricade or otherwise restrict access to the area where the foreign substance was located;

v. In failing to maintain adequate inspection procedures to discover and remove hazardous conditions on its premises.



DI BARTOLOMEO LAW OFFICE, P.C.
1139 EXCHANGE STREET
ASTORIA, OR 97103
TELEPHONE: 503-325-8600
FACSIMILE: 503-325-1103

6.

Because of Defendant's negligence Plaintiff sustained a ground level fall, striking her skull and left side of her body against the concrete floor, sustaining the following injuries:

i. A concussion and post-concussion syndrome;

ii. Dislocation and injury to the left tempo mandibular joint of Plaintiff's jaw;

iii. A straining and spraining of the muscles, tendons, nerves and other connective tissues of her cervical, thoracic and lumbar spine, causing an aggravation of pre-existing degenerative joint and disc disease in her cervical and lumbar pain, and somatic dysfunction of the entire spine;

iv. Aggravation of previously asymptomatic Diffuse Idiopathic Skeletal Hyperostosis (DISH);

v. A disc protrusion of the intervertebral disc between the fourth and fifth bones in the lumbar spine;

vi. A spraining and spraining of the left hip joint structure and piriformis syndrome;

vii. Left shoulder, knee, and ankle contusions;

viii. Aggravation of pre-existing neuropathy.

7.

Plaintiff's injuries caused headaches, neck, thoracic, lumbar, bilateral hip, gluteal and left jaw pain, widespread muscle spasms, limited range of motion, weakness, nausea, fatigue, vomiting, sleeplessness, difficulty walking, and emotional distress. Plaintiff's injuries are permanent and have caused Plaintiff emotional distress and a loss of enjoyment of life.



DI BARTOLOMEO LAW OFFICE, P.C.
1139 EXCHANGE STREET
ASTORIA, OR 97103
TELEPHONE: 503-325-8600
FACSIMILE: 503-325-1103

Plaintiff is entitled to non-economic damages of $250,000.00 to make up for the harm Plaintiff suffered.

8.

To cure her injuries, Plaintiff incurred medical expenses of $26,841.65, all to her economic damage. Plaintiff reserves the right to amend her Complaint to include future claims.

WHEREFORE, Plaintiff requests judgment against Defendant for her economic damages in the sum of $26,841.65, non-economic damages in the sum of $250,000.00, and for costs and disbursements incurred herein.

DATED: August 5, 2026

**DI BARTOLOMEO LAW OFFICE, P.C.**

Joe Di Bartolomeo, OSB No. 902483
Attorney for Plaintiff Mary Hadreas



DI BARTOLOMEO LAW OFFICE, P.C.
1139 EXCHANGE STREET
ASTORIA, OR 97103
TELEPHONE: 503-325-8600
FACSIMILE: 503-325-1103